# In the United States District Court for the Southern District of Georgia Brunswick Division

EDWARD GRAVES, JR.,

    Plaintiff,

v.

WAYNE COUNTY DETENTION CENTER, CAPT. TERRY MAYS, LT. MATT SPELL, and SHAYLA WINGATE,

    Defendants.

2:23-cv-87

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 10. Plaintiff did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned as undeliverable, with the notations: "Return to Sender, Refused by Wayne County Jail," "Transferred," and "Return to Sender, Refused, Unable to Forward." Dkt. No. 11 at 1.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's directives, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this \_\_\_16\_\_ day of October, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA